UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN SIMMONS, | No. 2:14-cv-413-MCE-EFB P |
| Petitioner, | |
| v. | ORDER |
| D.K. JOHNSON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. She requests an evidentiary hearing. The court has not yet reviewed petitioner's claims in detail, as the State's response to the petition is not yet due. Following a detailed review of the pleadings and records submitted in this action, the court *sua sponte* will order an evidentiary hearing if it appears necessary. The court therefore denies petitioner's request for an evidentiary hearing (ECF No. 3) without prejudice.

So ordered.

DATED: May 12, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE